# COMPLAINT
# EXHIBIT H

# Adrianne Cormier

| | |
|---|---|
| **From:** | no-reply@foiaonline.gov |
| **Sent:** | Wednesday, March 3, 2021 1:09 PM |
| **To:** | Neal Bingham |
| **Cc:** | terri.blair@navy.mil |
| **Subject:** | FOIA Request DON-NAVY-2020-011031 |

Mr. Bingham,

Please be advised that we have re-opened DON-NAVY-2020-011031 and placed it back in the location it would have been had it not been closed. We will proceed with processing your case immediately. If you have any questions, please contact me at 757-443-2359 or terri.blair@navy.mil.

Sincerely,

Terri Blair

MSC FOIA Coordinator