# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10947

| | |
|---|---|
| WALEED SAYED,<br><br>    *Plaintiff*<br><br>v.<br><br>MILITARY SEALIFT COMMAND,<br><br>    *Defendant* | **NOTICE OF DISMISSAL** |

    Pursuant to Rule 41(A)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Waleed Sayed, notices the dismissal of this action without prejudice.

                                                          Respectfully submitted,

                                                          /s/ Neal J. Bingham
                                                          Neal J. Bingham, BBO# 652029
                                                          **LAW OFFICES OF JERRY C. EFFREN**
                                                          25 West Union Street
                                                          Ashland, MA 01721
                                                          P: (508) 881-4950
                                                          F: (508) 881-7563
                                                          E: nbingham@effren.net

Date: July 23, 2021

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants and to those indicated as non-registered by First-Class Mail on this the 23rd day of July 2021.

      /s/ Neal J. Bingham
      Neal J. Bingham, BBO# 652029